ELLEN C. OSBORN, Respondent, v. HOWARD J. M. CARDEZA and Others, Appellants. (Appeal No. 1.) — The Court of Appeals modified the judgment " so as to leave the judgment of the Special Term undisturbed as to costs incurred up to and including the rendition of the interlocutory judgment." (*Osborn* v. *Cardeza*, 216 N. Y. 682.) The extra allowance was subsequently granted by the final judgment; it was no part of the costs incurred up to and including the rendition of the interlocutory judgment, and it follows that the order of the Special Term must be reversed. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

ELLEN C. OSBORN, Respondent, v. HOWARD J. M. CARDEZA and Others, Appellants. (Appeal No. 2.) — Order modified by striking out the

930        CASES REPORTED WITH BRIEF SYLLABI.

5th paragraph and inserting in lieu thereof the following: Ordered, that Charles Burstein be and hereby is appointed as receiver of the said judgment in this action to enforce and to carry into effect the said judgment as may be proper in adjustment of the rights of the parties and those of their respective attorneys, if any, thereunder, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., Not voting.